IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

THOMAS ARTHUR ALLEN, III                                                                      PLAINTIFF

v.                                        Civil No. 1:20-cv-01013

LIEUTENANT COLTEN OLIVER, SERGEANT
SAWYER STANTON; DEPUTY CODY BROSWELL;
DEPUTY CALEB TAYLOR; SHERIFF RICKY
ROBERTS; and CAPTAIN RICHARD MITCHAM                                       DEFENDANTS

## JUDGMENT

For the reasons stated in the Memorandum Opinion of even date, Defendant's Motion for Summary Judgment (ECF No. 27) is hereby **GRANTED**. Plaintiff's claims against Defendants Oliver, Stanton, Braswell, Taylor, Roberts and Mitcham are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED,** this 2nd day of February 2021.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE